**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6469**

---

RICHARD A. VOGENEY,

Petitioner - Appellant,

versus

ZEB CREWS; STATE OF NORTH CAROLINA,

Respondents - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City.  Graham C. Mullen, District Judge.  (CA-95-204-2-MU)

---

Submitted:  August 15, 1996          Decided:  August 20, 1996

---

Before MURNAGHAN and ERVIN, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Richard A. Vogeney, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying reconsideration of the court's prior order denying relief on his 28 U.S.C. § 2254 (1988), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214 petition, which the court properly construed as an action under 42 U.S.C. § 1983 (1988). We have reviewed the record and the district court's opinion and find no abuse of discretion. Accordingly, we deny a certificate of probable cause to appeal; to the extent that a certificate of appealability is required, we deny such a certificate. We dismiss the appeal on the reasoning of the district court. Vogeney v. Crews, No. CA-95-204-2-MU (W.D.N.C. Mar. 11, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED